**ZERMAY LAW, APC**
Zachary Z. Zermay (SBN 330221)
800 W. 1st St., Suite 1807
Los Angeles, CA 90012
Telephone: (310) 752-9728
Facsimile: (844) 894-6204
e-Mail: zach@zermaylaw.com

Attorneys for Plaintiff
JOY HWANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOY HWANG, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>GUNN COBLE LLP, a California limited liability partnership; BETH GUNN, an individual; CATHERINE COBLE, an individual; and DOES 1 to 10, inclusive,<br><br>                Defendants. | Case No.  4:20-cv-07849 JST<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)** |

NOTICE OF DISMISSAL

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiff JOY HWANG ("Plaintiff") hereby dismisses the above-entitled action against Defendants GUNN COBLE LLP, a California limited liability partnership; BETH GUNN, an individual; and CATHERINE COBLE with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Each party shall bear their own attorneys' fees and costs.

DATED: May 13, 2021                    ZERMAY LAW, APC


By: _____
     ZACHARY Z. ZERMAY
     Attorney for Plaintiff
     JOY HWANG

1
NOTICE OF DISMISSAL